**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KEVIN JOSTIN TERRONES-FRANCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-78-D |
| | ) | |
| TODD BLANCHE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

On January 16, 2026, Petitioner Kevin Jostin Terrones Francia filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention with U.S. Immigration and Customs Enforcement ("ICE"). [Doc. No. 1]. On January 28, 2026, the Court entered an Order referring this case to Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). [Doc. No. 5]. Respondents filed a response, to which Petitioner filed a reply in support. [Doc. Nos. 11–12]. Following Petitioner's reply, and over the span of several months, Petitioner repeatedly failed to comply with Judge Erwin's orders. [*See* Doc. Nos. 13–14, 17–18]. Then, on September 16, 2026, Judge Erwin issued a Report and Recommendation ("Report") recommending the Court dismiss as moot the Petition because there is a final order of removal,[1] and Petitioner is no longer in ICE custody.[2] [Doc. No. 20].

---

[1] On July 16, 2026, an Immigration Judge ordered Petitioner removed. *See* https://acis.eoir.justice.gov/en/caseInformation/ (last visited November 3, 2026). The case appeal was dismissed on September 23, 2026. *Id.*

[2] As of this date, Petitioner is no longer in ICE custody. *See* https://locator.ice.gov/odls/#/results (last visited November 3, 2026).

Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. However, the case file shows no timely objection to the Report or request for an extension of time. Therefore, the Court finds Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Erwin in the Report, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 20] is **ADOPTED**, and the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED AS MOOT**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 3rd day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE